CLOSED,ECF,PRIOR,WHEEL-A

# U.S. District Court
## Southern District of New York (Foley Square)
## CRIMINAL DOCKET FOR CASE #: 1:21-cr-00605-GHW-1
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Hall | Date Filed: 10/05/2021 |
| Magistrate judge case number: 1:21-mj-05686-UA | Date Terminated: 12/19/2022 |

Assigned to: Judge Gregory H. Woods

### Defendant (1)

| | | |
|---|---|---|
| **Joshua Hall**<br>*TERMINATED: 12/19/2022*<br>also known as<br>Sealed Defendant 1<br>*TERMINATED: 12/19/2022* | represented by | **Clay Hubbard Kaminsky**<br>Federal Defenders of New York Inc. (NYC)<br>52 Duane Street<br>10th Floor<br>New York, NY 10007<br>(212) 417-8749<br>Fax: (212) 571-0392<br>Email: clay_kaminsky@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Public Defender or Community Defender Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION<br>(1) | IMPRISONMENT: 20 months.<br>SUPERVISED RELEASE: 3 years. |
| 18:875C.F INTERSTATE COMMUNICATIONS - THREATS<br>(1s) | IMPRISONMENT: 20 months.<br>SUPERVISED RELEASE: 3 years. |

### Highest Offense Level (Opening)
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1028A.F FRAUD WITH IDENTIFICATION DOCUMENTS (AGGRAVATED IDENTITY THEFT)<br>(2) | Dismissed |

### Highest Offense Level (Terminated)

Felony

### Complaints

18:1343.F WIRE FRAUD, 18:1028A.F AGGRAVATED IDENTITY THEFT

### Disposition

### Plaintiff

**USA**  represented by  **Robert Benjamin Sobelman**
U.S. Attorney's Office, SDNY (St Andw's)
One St. Andrew's Plaza
New York, NY 10007
(212)-637-2616
Email: robert.sobelman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Alexandra S. Messiter**
United States Department of Justice
U.S. Attorney's Office for the Southern District of New
1 St. Andrew's Plaza
New York, NY 10007
212-637-2544
Email: Alexandra.Messiter@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/01/2021 |  | SEALED ORAL ORDER as to Sealed Defendant 1. (Signed by Magistrate Judge Sarah L Cave on 6/1/2021)(dif) [1:21-mj-05686-UA] (Entered: 06/08/2021) |
| 06/01/2021 | 1 | COMPLAINT as to Joshua Hall (1). In Violation of 18 U.S.C. 1343, 1028A and 2 (Signed by Magistrate Judge Sarah L Cave) (dif) [1:21-mj-05686-UA] (Entered: 06/08/2021) |
| 06/01/2021 | 2 | Arrest Warrant Issued as to Joshua Hall. (Signed by Magistrate Judge Sarah L Cave on 6/1/2021.) (dif) [1:21-mj-05686-UA] (Entered: 06/08/2021) |
| 06/08/2021 | 3 | LETTER by USA as to Joshua Hall addressed to Magistrate Judge Kevin Nathaniel Fox from AUSA Robert Sobelman dated 6/8/2021 re: USA v Joshua Hall, 21 Mag 5686 Document filed by USA. (dif) [1:21-mj-05686-UA] (Entered: 06/08/2021) |

| | | | |
|---|---|---|---|
| 06/08/2021 | | 4 | Order to Unseal Case as to Joshua Hall.. (Signed by Magistrate Judge Kevin Nathaniel Fox on 6/8/2021)(dif) [1:21-mj-05686-UA] (Entered: 06/08/2021) |
| 06/08/2021 | | | Arrest of Joshua Hall in the United States District Court - Middle District of Pennsylvania. (dif) [1:21-mj-05686-UA] (Entered: 06/16/2021) |
| 06/15/2021 | | | Arrest of Joshua Hall. (dif) [1:21-mj-05686-UA] (Entered: 06/16/2021) |
| 06/15/2021 | | | ORAL CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE as to Joshua Hall. (Signed by Magistrate Judge Ona T. Wang on 6/15/2021)(dif) [1:21-mj-05686-UA] (Entered: 06/16/2021) |
| 06/15/2021 | | 5 | CJA 23 Financial Affidavit by Joshua Hall. (Signed by Magistrate Judge Ona T. Wang) (Federal Defender Clay Kaminsly Appointed) (dif) [1:21-mj-05686-UA] (Entered: 06/16/2021) |
| 06/15/2021 | | | Attorney update in case as to Joshua Hall. Attorney Clay Hubbard Kaminsky for Joshua Hall added.. (dif) [1:21-mj-05686-UA] (Entered: 06/16/2021) |
| 06/15/2021 | | 6 | Minute Entry for proceedings held before Magistrate Judge Ona T. Wang: Initial Appearance as to Joshua Hall held on 6/15/2021., Deft Appears with Federal Defender Clay Kaminsky and AUSA Robert Sobelman and Daniel Wolf for the government. AGREED CONDITIONS OF RELEASE: $25,000 PRB; ONE FRP; Travel Limited to SDNY/EDNY & Middle District of Pennsylvania (For Court Reasons and Points in Between); Surrender Travel Documents (& No New Applications); Pretrial Supervision As Directed by PTS; Mental Health Evaluation/Treatment As Directed by PTS; Deft to Continue or Seek Employment; Deft to Be Released on Own Signature; Remaining Conditions to Be Met by 6/22/2021; June 21 -June 24- Allowed in Wild Wood, NJ; No Contact with Donors to the Purported Political Organization Referenced in the Complaint or the Person Identified As Victim #2 in the Complaint, Except in the Presence of Counsel; Hybrid Proceeding- Defendant Appeared via Phone; Defendant Advised of the Right To Be Present, and Consented to Proceed by Remote Means; ( Preliminary Hearing 7/15/2021 (dif) [1:21-mj-05686-UA] (Entered: 06/16/2021) |
| 06/15/2021 | | 9 | Appearance Bond Entered as to Joshua Hall: $25,000 Personal Recognizance Bond; To be cosigned by one financially responsible person; Additional Conditions.... [**Advice of Penalties and Sanctions attached.] (jbo) (jbo). [1:21-mj-05686-UA] (Entered: 06/17/2021) |
| 06/16/2021 | | 7 | LETTER by USA as to Joshua Hall addressed to Magistrate Judge Ona T. Wang from AUSA Robert Sobelman dated 6/16/2021 re: USA v Joshua Hall, 21 Mag 5686 Document filed by USA. (dif) [1:21-mj-05686-UA] (Entered: 06/17/2021) |
| 06/16/2021 | | 8 | PROTECTIVE ORDER as to Joshua Hall.. (Signed by Magistrate Judge Ona T. Wang on 6/16/2021)(dif) [1:21-mj-05686-UA] (Entered: 06/17/2021) |
| 07/08/2021 | | 10 | ORDER TO CONTINUE IN THE INTEREST OF JUSTICE as to Joshua Hall. Time excluded from 7/8/21 until 8/9/21. [***Affirmation by AUSA Robert Sobelman requesting a 30 day continuance is attached.] (Signed by Magistrate Judge James L. Cott on 7/8/21)(C.R)[1:21-mj-05686-UA] (Entered: 07/08/2021) |

| Date | Doc # | Description |
|---|---|---|
| 08/03/2021 | 11 | ORDER TO CONTINUE IN THE INTEREST OF JUSTICE as to Joshua Hall. Time excluded from 8/3/21 until 8/9/21. [***Affirmation by AUSA Robert B. Sobelman requesting a 30 day continuance is attached.] (Signed by Magistrate Judge Robert W. Lehrburger on 8/3/21)(C.R) [1:21-mj-05686-UA] (Entered: 08/03/2021) |
| 08/09/2021 | 12 | ORDER TO CONTINUE IN THE INTEREST OF JUSTICE as to Joshua Hall. Time excluded from 8/9/21 until 8/9/21. [***Affirmation by AUSA Robert B. Sobelman requesting a 30 day continuance is attached.] (Signed by Magistrate Judge Debra C. Freeman on 8/9/21)(C.R) [1:21-mj-05686-UA] (Entered: 08/09/2021) |
| 09/08/2021 | 13 | ORDER TO CONTINUE IN THE INTEREST OF JUSTICE as to Joshua Hall. Time excluded from 9/8/21 until 10/8/21. [***Affirmation by AUSA Robert B. Sobelman requesting a 30 day continuance is attached.] (Signed by Magistrate Judge Stewart D. Aaron on 9/8/21)(C.R) [1:21-mj-05686-UA] (Entered: 09/08/2021) |
| 09/27/2021 | 14 | NOTICE OF INTENT TO FILE an Information by U.S.A. as to Joshua Hall. (jm) (Entered: 10/05/2021) |
| 10/05/2021 | 15 | INFORMATION (Felony) filed as to Joshua Hall (1) count(s) 1, 2. (jm) (Entered: 10/05/2021) |
| 10/05/2021 | 16 | WAIVER OF INDICTMENT by Joshua Hall. (jm) (Entered: 10/05/2021) |
| 10/05/2021 | 🔒 | (Court only) CRIMINAL CASE WHEEL FLAG DESIGNATION as to Joshua Hall. Wheel Flag WHEEL-A set. (jm) (Entered: 10/05/2021) |
| 10/05/2021 |  | Case Designated ECF as to Joshua Hall. (jm) (Entered: 10/05/2021) |
| 10/05/2021 |  | Minute Entry for proceedings held before Judge John F. Keenan: Arraignment as to Joshua Hall (1) Count 1,2 held on 10/5/2021. Plea entered by Joshua Hall Not Guilty. Filed information and waiver of indictment. Defendant present with attorney Clay Kaminsky. AUSA Robert Sobelman present. Court reporter Gizelle Baan-Proulx present. Defendant pleads not guilty. Next conference: 1/19/22 at 11:00 a.m. in Courtroom 20-C. The time between 10/5/21 and 1/19/22 is excluded. Defendant cont'd on bail. (jbo) (Entered: 10/05/2021) |
| 10/05/2021 | 🔒 | (Court only) Set/Reset Hearings as to Joshua Hall: Pretrial Conference set for 1/19/2022 at 11:00 AM before Judge John F. Keenan. ***Excludable XT started as to Joshua Hall. Excludable started on 10/5/21. Excludable stopped on 1/19/22. (jbo) (Entered: 10/05/2021) |
| 11/02/2021 | 17 | TRANSCRIPT of Proceedings as to Joshua Hall re: Conference held on 10/5/21 before Judge John F. Keenan. Court Reporter/Transcriber: Gizella Baan-Proulx, (212) 805-0368, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/23/2021. Redacted Transcript Deadline set for 12/3/2021. Release of Transcript Restriction set for 1/31/2022. (Moya, Goretti) (Entered: 11/02/2021) |

| Date | # | Description |
|---|---|---|
| 11/02/2021 | 18 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Joshua Hall. Notice is hereby given that an official transcript of a Conference proceeding held on 10/5/21 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 11/02/2021) |
| 12/20/2021 | 19 | ORDER as to Joshua Hall. It is hereby ORDERED that the defendant's bail be modified to include 1) Drug testing and substance abuse treatment as directed by Pretrial Services as well as 2) No excessive use of alcohol. SO ORDERED: (Signed by Judge John F. Keenan on 12/20/2021)(bw) (Entered: 12/20/2021) |
| 01/10/2022 | 20 | ORDER as to Joshua Hall. The conference, set for January 19, 2022, has been rescheduled from 11:00 to 11:30 a.m. in person, in Courtroom 20-C. SO ORDERED. ( Pretrial Conference set for 1/19/2022 at 11:30 AM in Courtroom 20C, 500 Pearl Street, New York, NY 10007 before Judge John F. Keenan. ) (Signed by Judge John F. Keenan on 1/10/2022)(bw) (Entered: 01/10/2022) |
| 01/10/2022 | 21 | CONSENT LETTER MOTION addressed to Judge John F. Keenan from Assistant United States Attorney Robert B. Sobelman dated January 10, 2022 re: 20 Order,, Set Deadlines/Hearings, re: Adjournment of Conference . Document filed by USA as to Joshua Hall. (Sobelman, Robert) (Entered: 01/10/2022) |
| 01/10/2022 | 22 | ENDORSED LETTER as to Joshua Hall addressed to Judge John F. Keenan from AUSA Robert B. Sobelman dated January 10, 2022 re: The Government respectfully submits this letter to request, with the consent of the defendant, that the Court reschedule the conference presently scheduled for January 19, 2022, at 11:30 a.m., to a date and time convenient to the Court at least 30 days later (i.e., on or after February 18, 2022). ENDORSEMENT: In light of the parties' agreement, the conference presently scheduled for January 19, 2022, is re-scheduled for February 22, 2022, at 11:30 a.m. The time between January 19 and February 22, 2022, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). SO ORDERED. ( Status Conference set for 2/22/2022 at 11:30 AM before Judge John F. Keenan. ) (Signed by Judge John F. Keenan on 1/10/2022)(bw) (Entered: 01/10/2022) |
| 01/10/2022 | 🔒 | (Court only) ***Excludable XT started as to Joshua Hall. Excludable started on 1/19/2022. Excludable stopped on 2/22/2022. (bw) (Entered: 01/10/2022) |
| 01/10/2022 | | Terminate Deadlines and Hearings as to Joshua Hall: Terminated Pretrial Conference set for 1/19/2022 at 11:30 AM in Courtroom 20C, 500 Pearl Street, New York, NY 10007 before Judge John F. Keenan. (bw) (Entered: 01/10/2022) |
| 01/10/2022 | 🔒 | (Court only) ***Motions terminated as to Joshua Hall: 21 CONSENT LETTER MOTION addressed to Judge John F. Keenan from Assistant United States Attorney Robert B. Sobelman dated January 10, 2022 re: 20 Order,, Set Deadlines/Hearings, re: Adjournment of Conference . filed by |

| | | |
|---|---|---|
| | | USA. [*** NOTE: MOTION RESOLVED. SEE ENDORSED LETTER, DOC.# 22 , FILED ON 1/10/2022. ***] (bw) (Entered: 01/10/2022) |
| 02/14/2022 | 23 | CONSENT LETTER MOTION addressed to Judge John F. Keenan from Assistant United States Attorney Robert B. Sobelman dated February 14, 2022 re: Adjournment of Conference . Document filed by USA as to Joshua Hall. (Sobelman, Robert) (Entered: 02/14/2022) |
| 02/14/2022 | 24 | ENDORSED LETTER as to Joshua Hall addressed to Judge John F. Keenan from AUSA Robert B. Sobelman dated February 14, 2022 re: The Government respectfully submits this letter to request, with the consent of the defendant, that the Court reschedule the conference presently scheduled for February 22, 2022, at 11:30 a.m. (see Dkt. No. 22), to a date and time convenient to the Court during the week of March 7, 2022... ENDORSEMENT: The Defendant having no objection, the Government's request is GRANTED. The February 22, 2022, conference is adjourned to March 8, 2022, at 11:30 A.M.The time between February 22, 2022, and March 8, 2022, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A). SO ORDERED. ( Status Conference set for 3/8/2022 at 11:30 AM before Judge John F. Keenan. )(Signed by Judge John F. Keenan on 2/14/2022)(bw) (Entered: 02/14/2022) |
| 02/14/2022 | 🔒 | (Court only) ***Excludable XT started as to Joshua Hall. Excludable started on 2/22/2022. Excludable stopped on 3/8/2022. (bw) (Entered: 02/14/2022) |
| 02/14/2022 | 🔒 | (Court only) ***Motions terminated as to Joshua Hall: 23 CONSENT LETTER MOTION addressed to Judge John F. Keenan from Assistant United States Attorney Robert B. Sobelman dated February 14, 2022 re: Adjournment of Conference . filed by USA. [*** NOTE: MOTION RESOLVED. SEE ENDORSED LETTER, DOC.# 24 , FILED ON 2/14/2022. ***] (bw) (Entered: 02/14/2022) |
| 03/07/2022 | 25 | ORDER as to Joshua Hall. The bail hearing has been rescheduled from March 8 to March 16, 2022 at 11:00 a.m. in person, in Courtroom 20-C. The time between March 8, 2022 and March 16, 2022 is excluded. SO ORDERED. ( Bail Hearing set for 3/16/2022 at 11:00 AM in Courtroom 20C, 500 Pearl Street, New York, NY 10007 before Judge John F. Keenan. )(Signed by Judge John F. Keenan on 3/7/2022)(bw) (Entered: 03/07/2022) |
| 03/07/2022 | 🔒 | (Court only) ***Excludable XT started as to Joshua Hall. Excludable started on 3/8/2022. Excludable stopped on 3/16/2022. (bw) (Entered: 03/07/2022) |
| 03/07/2022 | | Terminate Deadlines and Hearings as to Joshua Hall: Terminated Status Conference set for 3/8/2022 at 11:30 AM before Judge John F. Keenan. (bw) (Entered: 03/07/2022) |
| 03/08/2022 | | ***DELETED DOCUMENT. Deleted document number 26 Writ, as to Joshua Hall as per instructions from Chambers that was emailed into the Criminal Case Ops Box (jw) (Entered: 03/08/2022) |
| 03/14/2022 | 26 | CONSENT LETTER MOTION addressed to Judge John F. Keenan from Assistant United States Attorney Robert B. Sobelman dated March 14, 2022 re: Adjournment of Conference . Document filed by USA as to Joshua Hall. (Sobelman, Robert) (Entered: 03/14/2022) |

| | | | |
|---|---|---|---|
| 03/15/2022 | | 27 | MEMO ENDORSEMENT 26 CONSENT LETTER MOTION addressed to Judge John F. Keenan from Assistant United States Attorney Robert B. Sobelman dated March 14, 2022 re: Adjournment of Conference....ENDORSEMENT...The Defendant having no objection, the Government's request is GRANTED. The conference presently scheduled for March 16, 2022, is adjourned until March 31, 2022, at 11:30 AM in Courtroom 20-C. The time between March 16 and March 31, 2022, is excluded under the Speedy Trial Act, 18 U.S.C. § 316l(h)(7)(A). (Signed by Judge John F. Keenan on 3/15/22) (jw) (Entered: 03/15/2022) |
| 03/15/2022 | 🔒 | | (Court only) Set/Reset Deadlines/Hearings as to Joshua Hall:( Bond Hearing set for 3/31/2022 at 11:30 AM in Courtroom 20C, 500 Pearl Street, New York, NY 10007 before Judge John F. Keenan.), ***Excludable XT started as to Joshua Hall. Excludable started on 3/16/22. Excludable stopped on 3/31/22. (jw) (Entered: 03/15/2022) |
| 03/31/2022 | | 28 | ORDER as to Joshua Hall. The conference has been adjourned from March 31 to April 12, 2022 at 11:45 a.m, in person, in Courtroom 20-C. The time between March 31, 2022 and. April 12, 2022 is excluded. SO ORDERED. (Signed by Judge John F. Keenan on 3/31/22)(jbo) (Entered: 03/31/2022) |
| 03/31/2022 | 🔒 | | (Court only) Set/Reset Hearings as to Joshua Hall: Bond Hearing set for 4/12/2022 at 11:45 AM before Judge John F. Keenan. ***Excludable XT started as to Joshua Hall. Excludable started on 3/31/22. Excludable stopped on 4/12/22. (jbo) (Entered: 03/31/2022) |
| 04/08/2022 | | 29 | LETTER MOTION addressed to Judge John F. Keenan from Clay H. Kaminsky dated April 8, 2022 re: Remote Plea . Document filed by Joshua Hall. (Kaminsky, Clay) (Entered: 04/08/2022) |
| 04/11/2022 | | 30 | ORDER as to Joshua Hall: The plea in this case has been referred to Magistrate Court. Mr. Kaminsky's request (see letter dated April 8, 2022, Doc. #29) is granted.. The Court authorizes and directs the Magistrate Judge to conduct the plea remotely pursuant to the CARES Act and the standing orders of the Court. SO ORDERED. (Signed by Judge John F. Keenan on 4/11/2022) (lnl) (Entered: 04/11/2022) |
| 04/20/2022 | | 31 | ORDER: The proceedings scheduled for today before me have been adjourned to April 26, 2022 at 11:30 a.m. in person before the Honorable John F. Keenan in Courtroom 20-C, 500 Pearl Street, New York, New York. The time between today and April 26, 2022 is excluded. (Signed by Magistrate Judge Stewart D. Aaron on 4/20/2022)(kl) (Entered: 04/20/2022) |
| 04/20/2022 | | | Set/Reset Hearings as to Joshua Hall: Change of Plea Hearing set for 4/26/2022 at 11:30 AM before Judge John F. Keenan. (kl) (Entered: 04/20/2022) |
| 04/26/2022 | | | Minute Entry for proceedings held before Judge John F. Keenan: Pretrial Conference as to Joshua Hall held on 4/26/2022. Defendant not present. Defense attorney Clay Kaminsky present. AUSA Robert Sobelman present. Pretrial Officer Christina Venable present. Court reporter Khris Sellin present. Status conference held. Bench warrant ordered for the defendant. Bail is forfeited. Next conference: 5/3/22 at 11:30 a.m. in Courtroom 20-C. Time excluded between 4/26/22 and 5/3/22. (jbo) (Entered: 04/26/2022) |

| | | |
|---|---|---|
| 04/26/2022 | 🔒 | (Court only) Set/Reset Hearings as to Joshua Hall: Status Conference set for 5/3/2022 at 11:30 AM before Judge John F. Keenan. ***Excludable XT started as to Joshua Hall. Excludable started on 4/26/22. Excludable stopped on 5/3/22. (jbo) (Entered: 04/26/2022) |
| 04/28/2022 | | Arrest of Joshua Hall in the United States District Court - Middle District of Pennsylvania. (jm) (Entered: 05/10/2022) |
| 05/02/2022 | 32 | ORDER as to Joshua Hall: The conference has been adjourned from May 3, 2022 to May 5, 2022 at 11:30 a.m. in person, in Courtroom 20-C. (Status Conference set for 5/5/2022 at 11:30 AM in Courtroom 20C, 500 Pearl Street, New York, NY 10007 before Judge John F. Keenan) (Signed by Judge John F. Keenan on 5/2/2022) (ap) (Entered: 05/02/2022) |
| 05/02/2022 | 33 | ORDER as to Joshua Hall: The conference has been adjourned from May 5, 2022 to May 10, 2022 at 11 :00 a,m, in person, in Courtroom 20-C. The time between May 5, 2022 and May.10, 2022 is excluded. Time excluded from 5/2/2022 until 5/10/2022. (Status Conference set for 5/10/2022 at 11:00 AM in Courtroom 20C, 500 Pearl Street, New York, NY 10007 before Judge John F. Keenan) (Signed by Judge John F. Keenan on 5/2/2022) (ap) (Entered: 05/02/2022) |
| 05/05/2022 | 34 | ORDER as to Joshua Hall: The conference has been adjourned from May 10, 2022 to June 1, 2022 at 12: 15 p,m. in person, in Courtroom 20-C. The time between May 10, 2022 and June 1, 2022 is excluded. Time excluded from 5/10/2022 until 6/1/2022. (Status Conference set for 6/1/2022 at 12:15 PM in Courtroom 20C, 500 Pearl Street, New York, NY 10007 before Judge John F. Keenan) (Signed by Judge John F. Keenan on 5/5/2022) (ap) (Entered: 05/05/2022) |
| 05/10/2022 | 35 | Rule 5(c)(3) Documents Received as to Joshua Hall from the United States District Court - Middle District of Pennsylvania. (jm) (Entered: 05/10/2022) |
| 05/16/2022 | 36 | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Detention Hearing as to Joshua Hall held on 5/16/2022. AUSA Jarrod Schaeffer. Defense Counsel Jonathan Marvinny (Federal Defenders), Presentment only. BAIL DISPOSITION: See Transcript. GPS; Defendant not to possess firearms/destructive device/other weapon; Defendant to be detained until all conditions are met. COMMENTS: Pretrial is to work with defense counsel to find an appropriate alcohol addiction treatment facility. When a facility is located, defendant will be transferred from BOP custody to the facility. Treatment should last no less than 30 days. ADDITIONAL PROCEEDINGS: Conference before District Judge on 6/1/2022. (bw) (Entered: 05/16/2022) |
| 05/20/2022 | 🔓 37 | TRANSCRIPT of Proceedings as to Joshua Hall re: Conference held on 4/26/22 before Judge John F. Keenan. Court Reporter/Transcriber: Khristine Sellin, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/10/2022. Redacted Transcript Deadline set for 6/21/2022. Release of Transcript Restriction set for 8/18/2022. (Moya, Goretti) (Entered: 05/20/2022) |

| | | | |
|---|---|---|---|
| 05/20/2022 | | 38 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Joshua Hall. Notice is hereby given that an official transcript of a Conference proceeding held on 4/26/22 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 05/20/2022) |
| 05/26/2022 | | 39 | ORDER as to Joshua Hall: The-plea in this case, set for June 1, 2022 at 12:15 p.m., will be handled by Judge Stein in Courtroom 23-A, 500 Pearl Street, New York, NY 10007. (Status Conference set for 6/1/2022 at 12:15 PM in Courtroom 23A, 500 Pearl Street, New York, NY 10007 before Judge Sidney H. Stein) (Signed by Judge John F. Keenan on 5/26/2022) (ap) (Entered: 05/26/2022) |
| 06/01/2022 | | 40 | CONSENT PRELIMINARY ORDER OF FORFEITURE/MONEY JUDGMENT as to Joshua Hall....[*** See this Consent Preliminary Order of Forfeiture/Money Judgment ***]... IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney, Robert B. Sobelman of counsel, and the Defendant, and his counsel, Clay H. Kaminsky, Esq., that: 1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $7,384 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained, shall be entered against the Defendant. 2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, JOSHUA HALL, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith....[*** See this Consent Preliminary Order of Forfeiture/Money Judgment ***]... 7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. 8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument. SO ORDERED: (Signed by Judge John F. Keenan on 6/1/2022)(bw) (Entered: 06/01/2022) |
| 06/01/2022 | | | Minute Entry for proceedings held before Judge Sidney H. Stein:Change of Plea Hearing as to Joshua Hall held on 6/1/2022. Defendant present with attorney Clay Kaminsky; for the government Robert Sobelman present; Defendant's attorney makes an application that his client wishes to withdraw his previously entered plea of not guilty and enter a plea of guilty to Count One in the Information. Defendant sworn; allocution begins. The defendant pleads GUILTY to Count One in the Information. The Court accepts the guilty plea. The sentencing before Judge Keenan is scheduled for Sept. 7, 2022, at 11:00 a.m. Defendant remains in custody. (Sentencing set for 9/7/2022 at 11:00 AM before Judge John F. Keenan) (Court Reporter Khris |

| Date | Doc # | Description |
|---|---|---|
| | | Sellin) (ap) (Entered: 06/01/2022) |
| 06/01/2022 | | Minute Entry for proceedings held before Judge Sidney H. Stein: **Plea entered by Joshua Hall (1) Guilty as to Count 1.** (ap) (Entered: 06/01/2022) |
| 07/06/2022 | 41 | TRANSCRIPT of Proceedings as to Joshua Hall re: Plea held on 6/1/2022 before Judge John G. Koeltl. Court Reporter/Transcriber: Khristine Sellin, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/27/2022. Redacted Transcript Deadline set for 8/8/2022. Release of Transcript Restriction set for 10/4/2022. (McGuirk, Kelly) (Entered: 07/06/2022) |
| 07/06/2022 | 42 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Joshua Hall. Notice is hereby given that an official transcript of a Plea proceeding held on 6/1/2022 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 07/06/2022) |
| 07/26/2022 | 43 | INITIAL DISCLOSURE PRESENTENCE REPORT as to Joshua Hall. **The Initial Disclosure Presentence Report has been electronically filed with the Court and is viewable by ONLY the attorney for the government, the attorney for the defendant, the presiding judge and all court users. Responses to this document must be emailed to the Probation Officer of record within 14 days. No action required by chambers. Any further dissemination is prohibited.** (pbpd) (Entered: 07/26/2022) |
| 08/18/2022 | 44 | CONSENT LETTER MOTION addressed to Judge John F. Keenan from Clay H. Kaminsky dated August 18, 2022 re: Adjournment of Sentencing . Document filed by Joshua Hall. (Kaminsky, Clay) (Entered: 08/18/2022) |
| 08/22/2022 | 45 | MEMO ENDORSEMENT as to Joshua Hall (1) granting 44 CONSENT LETTER MOTION addressed to Judge John F. Keenan from Clay H. Kaminsky dated August 18, 2022 re: Adjournment of Sentencing. ENDORSEMENT: The Government having no objection, the above request is GRANTED. The sentencing hearing currently scheduled for September 7, 2022, is adjourned to October 5, 2022, at 11:00 A.M. (Signed by Judge John F. Keenan on 8/22/2022) (ap) (Entered: 08/22/2022) |
| 08/22/2022 | | Set/Reset Hearings as to Joshua Hall: Sentencing set for 10/5/2022 at 11:00 AM before Judge John F. Keenan. (ap) (Entered: 08/22/2022) |
| 09/07/2022 | 46 | NOTICE OF CASE REASSIGNMENT as to Joshua Hall to Judge Gregory H. Woods. Judge John F. Keenan no longer assigned to the case. (jw) (Entered: 09/07/2022) |
| 09/07/2022 | 47 | ORDER as to Joshua Hall. This case has been reassigned to Judge Gregory H. Woods. The sentencing will take place on October 5, 2022 at 11:00 a.m. in Courtroom 12C, United States Courthouse, 500 Pearl Street, New York, New York 10007. The parties are directed to review and comply with the |

| | | | |
|---|---|---|---|
| | | | Court's Individual Rules of Practice in Criminal Cases. In accordance with those rules, the Defendant's sentencing submissions are due no later than 2 weeks prior to the sentencing date; the Government's sentencing submissions are due no later than 1 week prior to the sentencing date (Sentencing set for 10/5/2022 at 11:00 AM in Courtroom 12C, 500 Pearl Street, New York, NY 10007 before Judge Gregory H. Woods.) (Signed by Judge Gregory H. Woods on 9/7/22)(jw) (Entered: 09/07/2022) |
| 09/09/2022 | 🔒🔒 | 48 | FINAL PRESENTENCE INVESTIGATION REPORT as to Joshua Hall. The final version of the presentence report, including all revisions and the most recent addendum is now available for review. This version of the report will be used at the time of sentencing. **By order of the Board of Judges, effective (02/10/2014), all presentence reports will be electronically filed with the Court, and will be viewable by ONLY the attorney for the government, the attorney for the defendant, the presiding judge and all Court users. Any further dissemination is prohibited.** (pbpd) (Entered: 09/09/2022) |
| 09/20/2022 | | 49 | NOTICE OF ATTORNEY APPEARANCE Alexandra S. Messiter appearing for USA. (Messiter, Alexandra) (Entered: 09/20/2022) |
| 09/20/2022 | | 50 | LETTER MOTION addressed to Judge Gregory H. Woods from USA dated September 20, 2022 re: Adjournment of Sentencing . Document filed by USA as to Joshua Hall. (Messiter, Alexandra) (Entered: 09/20/2022) |
| 09/22/2022 | | 51 | MEMO ENDORSEMENT as to Joshua Hall (1) granting 50 LETTER MOTION addressed to Judge Gregory H. Woods from USA dated September 20, 2022 re: Adjournment of Sentencing. ENDORSEMENT: Application granted. The sentencing hearing is adjourned to December 8, 2022 at 3:00 p.m. The defendant's sentencing submissions are due two weeks before sentencing. The Government's sentencing submissions are due one week before sentencing. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 50. (Signed by Judge Gregory H. Woods on 9/22/2022) (ap) (Entered: 09/22/2022) |
| 09/22/2022 | | | Set/Reset Hearings as to Joshua Hall: Sentencing set for 12/8/2022 at 03:00 PM before Judge Gregory H. Woods. (ap) (Entered: 09/22/2022) |
| 09/28/2022 | | 52 | Minute Entry for proceedings held before Magistrate Judge James L. Cott: Detention Hearing as to Joshua Hall held on 9/28/2022. AUSA Robert Sobelman. Defense Counsel Clay Kaminsky (Federal Defenders). BAIL DISPOSITION: Detention on consent without prejudice. (bw) (Entered: 09/28/2022) |
| 09/28/2022 | 🔒 | | (Court only) ***Location LC started as to Joshua Hall. (bw) (Entered: 09/28/2022) |
| 10/20/2022 | | 53 | LETTER MOTION addressed to Judge Gregory H. Woods from USA dated October 20, 2022 re: Request to Schedule Plea Hearing . Document filed by USA as to Joshua Hall. (Messiter, Alexandra) (Entered: 10/20/2022) |
| 10/20/2022 | | 54 | ENDORSED LETTER as to Joshua Hall addressed to Judge Gregory H. Woods from AUSAs Alexandra S. Messiter, Robert B. Sobelman, dated October 20, 2022 re: The Government respectfully submits this letter to request, with the consent of the defendant, that the Court schedule a waiver |

| | | |
|---|---|---|
| | | of indictment and plea hearing on the afternoon of Tuesday, October 25; the afternoon of Wednesday, October 26; any time on Friday, October 28; or any time thereafter that is convenient for the Court. ENDORSEMENT: Application granted. The Court will hold a waiver of indictment and change of plea hearing for the defendant on October 28, 2022 at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 53. SO ORDERED. ( Change of Plea Hearing set for 10/28/2022 at 10:00 AM in Courtroom 12C, 500 Pearl Street, New York, NY 10007 before Judge Gregory H. Woods. )(Signed by Judge Gregory H. Woods on 10/20/2022)(bw) (Entered: 10/20/2022) |
| 10/20/2022 | 🔒 | (Court only) ***Motions terminated as to Joshua Hall: 53 LETTER MOTION addressed to Judge Gregory H. Woods from USA dated October 20, 2022 re: Request to Schedule Plea Hearing . filed by USA. [*** NOTE: MOTION TERMINATED. SEE ENDORSED LETTER, DOC.# 54 , FILED ON 10/20/2022. ***] (bw) (Entered: 10/20/2022) |
| 10/28/2022 | 55 | (S1) SUPERSEDING INFORMATION (Felony) filed as to Joshua Hall (1) count(s) 1s. (jm) (Entered: 10/28/2022) |
| 10/28/2022 | 56 | WAIVER OF INDICTMENT by Joshua Hall. (jm) (Entered: 10/28/2022) |
| 10/28/2022 | | Minute Entry for proceedings held before Judge Gregory H. Woods: Defendant (in custody) is present with counsel Clay H Kaminsky; AUSAs Sobelman and Messiter, FBI Agents Justin Stone and Katrina Laperuta are also present. Defendant is sworn in. Defendant advised of rights. Waiver entered as Court Exhibit 1. Plea Agreement entered as Court Exhibit 2. Expedited PSI update ordered for the S(1) superseding information. Government is to provide factual statement of the offense to the Probation Department within seven (7) days. Defendant waives interview by the Probation Department. Defense sentencing submissions are due two weeks before sentencing. government sentencing submissions are due one week before sentencing. Detention continued. See transcript.Arraignment as to Joshua Hall (1) Count 1s held on 10/28/2022. entered by Joshua Hall (1) Guilty as to Count 1s., As to Joshua Hall. Plea Agreement. ( Sentencing set for 12/8/2022 at 03:00 PM before Judge Gregory H. Woods.) (Court Reporter Eve Giniger) (jm) (Entered: 10/28/2022) |
| 10/28/2022 | | Order of Referral to Probation for Expedited Presentence Investigation and Report as to Joshua Hall. (jm) (Entered: 10/28/2022) |
| 11/18/2022 | 🔒 🔒 57 | REVISED FINAL PRESENTENCE INVESTIGATION REPORT as to Joshua Hall. The revised final version of the presentence report, including all revisions and the most recent addendum is now available for review. This version of the report will be used at the time of sentencing. **By order of the Board of Judges, effective (02/10/2014), all presentence reports will be electronically filed with the Court, and will be viewable by ONLY the attorney for the government, the attorney for the defendant, the presiding judge and all Court users. Any further dissemination is prohibited.** (pbpd) (Entered: 11/18/2022) |

| | | |
|---|---|---|
| 11/21/2022 | 58 | LETTER MOTION addressed to Judge Gregory H. Woods from Clay H. Kaminsky dated November 21, 2022 re: Adjournment of Sentencing . Document filed by Joshua Hall. (Kaminsky, Clay) (Entered: 11/21/2022) |
| 11/22/2022 | 59 | MEMO ENDORSEMENT as to Joshua Hall (1) granting 58 LETTER MOTION addressed to Judge Gregory H. Woods from Clay H. Kaminsky dated November 21, 2022 re: Adjournment of Sentencing. ENDORSEMENT: Application granted. The sentencing hearing is adjourned to December 19, 2022 at 10:00 a.m. The defendant's sentencing submissions are due no later than December 5, 2022; the Government's sentencing submissions are due no later than December 12, 2022. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 58. (Signed by Judge Gregory H. Woods on 11/22/2022) (ap) (Entered: 11/22/2022) |
| 11/22/2022 | | Set/Reset Hearings as to Joshua Hall: Sentencing set for 12/19/2022 at 10:00 AM before Judge Gregory H. Woods.. (ap) (Entered: 11/22/2022) |
| 11/28/2022 | 60 | TRANSCRIPT of Proceedings as to Joshua Hall re: Plea held on 10/28/2022 before Judge Gregory H. Woods. Court Reporter/Transcriber: Eve Giniger, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/19/2022. Redacted Transcript Deadline set for 12/29/2022. Release of Transcript Restriction set for 2/26/2023. (McGuirk, Kelly) (Entered: 11/28/2022) |
| 11/28/2022 | 61 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Joshua Hall. Notice is hereby given that an official transcript of a Plea proceeding held on 10/28/2022 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 11/28/2022) |
| 12/12/2022 | 62 | SENTENCING SUBMISSION by USA as to Joshua Hall. (Attachments: # 1 Exhibit 1)(Sobelman, Robert) (Entered: 12/12/2022) |
| 12/16/2022 | 63 | Sentencing Letter by USA as to Joshua Hall dated December 16, 2022 re: Victim Impact Statement. (Attachments: # 1 Exhibit 2)(Sobelman, Robert) (Entered: 12/16/2022) |
| 12/19/2022 | | Minute Entry for proceedings held before Judge Gregory H. Woods: Sentencing held on 12/19/2022 for Joshua Hall (1) Count 1,1s. Defendant Joshua Hall (in custody) present with attorney Clay H. Kaminsky. AUSAs Robert B. Sobelman and Alexandra S. Messiter present. FBI Agents Justin Stone and Katrina Laperuta present. Court Reporter Sharonda Jones present. Sentencing hearing held. The defendant is sentenced to 20 months of imprisonment for each of Count 1 of 21cr605, and for Count 1 of S1 21cr605, with those terms to be served concurrently; followed by 3 years of supervised release for each of Count 1 of 21cr605, and for Count 1 of S1 21cr605, with those terms to be served concurrently. Mandatory, standard, and special conditions of supervised release apply. A special assessment fee of $200.00 is due immediately. Detention continued. ---See Transcript. (bw) |

| Date | Doc # | Description |
|---|---|---|
| | | (Entered: 12/19/2022) |
| 12/19/2022 | | DISMISSAL OF COUNTS on Government Motion as to Joshua Hall (1) Count 2. (ap) (Entered: 12/19/2022) |
| 12/19/2022 | 64 | JUDGMENT IN A CRIMINAL COUNT as to Joshua Hall (1). THE DEFENDANT: pleaded guilty to count 1 of Information 1 :21-cr-605-GHW, and count 1 of Superseding Information S11 :21-cr-605-GHW. All underlying Counts are dismissed on the motion of the United States. IMPRISONMENT: 20 months for each of Count 1 of 1:21-cr-605-GHW and Count 1 of S1 1:21-cr-605-GHW, to run concurrently. The court makes the following recommendations to the Bureau of Prisons: The Court recommends that the defendant be placed In a BOP facility as close to Mechanicsburg, PA as possible, to the extent consistent with his security designation. The Court recommends that the defendant participate in the BOP residential drug abuse treatment program, commonly referred to as the RDAP, to the extent that he is eligible. The Court also recommends that the defendant be placed in a facility that offers the RDAP program. The defendant is remanded to the custody of the United States Marshal. The defendant shall surrender to the United States Marshal for this district: SUPERVISED RELEASE: 3 years for each of Count 1 of 1:21-cr-605-GHW and Count 1 of S1 1:21-cr-605-GHW, to run concurrently. See SPECIAL CONDITIONS OF SUPERVISION. ASSESSMENT: $200.00 due immediately. The defendant shall forfeit the defendant's interest in the following property to the United States: $7,384.00 in United States currency. (Signed by Judge Gregory H. Woods on 12/19/2022) (ap) (Entered: 12/19/2022) |
| 12/19/2022 | 🔒 | (Court only) ***Terminated defendant Joshua Hall. (ap) (Entered: 12/19/2022) |
| 12/19/2022 | 🔒 | (Court only) ***Case Terminated as to Joshua Hall. (ap) (Entered: 12/19/2022) |
| 12/21/2022 | 65 | CONSENT ORDER OF RESTITUTION as to Joshua Hall. (Signed by Judge Gregory H. Woods on 12/20/2022) (ap) (Entered: 12/21/2022) |
| 12/21/2022 | 66 | AMENDED JUDGMENT IN A CRIMINAL CASE as to Joshua Hall (1). Date of Original Judgment: December 19, 2022. (Signed by Judge Gregory H. Woods on 12/21/2022) (See AMENDED JUDGMENT) (ap) (Entered: 12/21/2022) |
| 12/21/2022 | | ***DELETED DOCUMENT. Deleted document number 67 PROBATION ORDER, as to Joshua Hall. The document was incorrectly filed in this case. (ap) (Entered: 12/21/2022) |
| 12/22/2022 | 67 | SENTENCING SUBMISSION by Joshua Hall. (Kaminsky, Clay) (Entered: 12/22/2022) |
| 12/23/2022 | 68 | TRANSCRIPT of Proceedings as to Joshua Hall re: Sentence held on 12/19/2022 before Judge Gregory H. Woods. Court Reporter/Transcriber: Sharonda Jones, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/13/2023. Redacted |

| | | |
|---|---|---|
| | | Transcript Deadline set for 1/23/2023. Release of Transcript Restriction set for 3/23/2023. (McGuirk, Kelly) (Entered: 12/23/2022) |
| 12/23/2022 | 69 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Joshua Hall. Notice is hereby given that an official transcript of a Sentence proceeding held on 12/19/2022 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 12/23/2022) |
| 05/04/2023 | 70 | JUDICIAL RESPONSE as to Joshua Hall. THE COURT ORDERS: Transfer of Jurisdiction to the Middle District of Pennsylvania: APPROVED. (Signed by Judge Gregory H. Woods on 5/4/2023) [*** NOTE: Signed Prob 22 Form attached. ***] (bw) (Entered: 05/04/2023) |
| 05/23/2023 | 71 | Supervised Release Jurisdiction Transferred Out to the U.S.D.C. Middle District of Pennsylvania as to Joshua Hall. (jw) (Entered: 05/23/2023) |
| 05/23/2023 | | TRANSFER OUT SUPERVISED RELEASE DOCUMENTS SENT as to Joshua Hall to the U.S.D.C. Middle District of Pennsylvania. The following documents were emailed: Transfer of Jurisdiction Form, Judicial Response, Notice of Intent to File an Information, Information, Superceder Information, Waiver of Indictment, S1 Waiver of Indictment, Judgment, Amended Judgment and Docket Sheet on 5/23/2023. (jw) (Entered: 05/23/2023) |