UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

     - v -                     :

JOSHUA HALL,                      :

          Defendant.          :

- - - - - - - - - - - - - - - - x

Wheel A

NOTICE OF INTENT TO
FILE AS INFORMATION

21 CRIM 605

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           September 27, 2021

                                AUDREY STRAUSS
                                United States Attorney

                By:   *Robert B. Sobelman*
                      Robert B. Sobelman
                      Assistant United States Attorney

                   AGREED AND CONSENTED TO:

                By:   /s/ Clay H. Kaminsky
                      Clay H. Kaminsky, Esq.
                      Attorney for Joshua Hall

                      GABRIEL W. GORENSTEIN
                      United States Magistrate Judge

                      September 28, 2021