ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :   INFORMATION
         - v. -                  :
                                 :   21 Cr.
JOSHUA HALL,                     :
                                 :   21 CRIM 605
         Defendant.              :
                                 :
- - - - - - - - - - - - - - - - x

COUNT ONE

(Wire Fraud)

The United States Attorney charges:

1. From at least in or about September 2019 up to and including at least in or about December 2020, in the Southern District of New York and elsewhere, JOSHUA HALL, the defendant, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, did transmit and cause to be transmitted by means of wire and radio communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, and attempted to do the same, to wit, HALL defrauded hundreds of victims by making false representations, both in his own name and when impersonating others, in the

course of soliciting funds for a purported political affinity organization that did not exist and then used the funds raised for his own personal living expenses.

(Title 18, United States Code, Sections 1343, 1349, and 2.)

## COUNT TWO

### (Aggravated Identity Theft)

The United States Attorney further charges:

2. From at least in or about September 2019, up to and including at least in or about December 2020, in the Southern District of New York and elsewhere, JOSHUA HALL, the defendant, knowingly did transfer, possess, and use, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, HALL, without lawful authority, used the names and photographs of at least two victims to impersonate them on social media in order to fraudulently solicit funds and falsely confer HALL with legitimacy, during and in relation to the offense charged in Count One of this Information.

(Title 18, United States Code, Sections 1028A(a)(1) and (b), and 2.)

## FORFEITURE ALLEGATION

3. As a result of committing the offense alleged in Count One of this Information, JOSHUA HALL, the defendant, shall

2

forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### Substitute Asset Provision

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property

3

of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

*Audrey Strauss*
AUDREY STRAUSS
United States Attorney

Case 1:21-cr-00116-GHW Document 215 Filed 10/05/23 Page 4 of 5

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSHUA HALL,

Defendant.

**INFORMATION**

21 Cr. \_\_\_

(18 U.S.C. §§ 1343, 1349, 1028A, and 2.)

AUDREY STRAUSS
United States Attorney.

10-5-21: Filed Information and Waiver of Indictment
Keenan, J.