```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :    SUPERSEDING INFORMATION
         - v. -                  :
                                 :    S1 21 Cr. 605 (GHW)
JOSHUA HALL,                     :
                                 :
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - - x
```

## COUNT ONE

**(Making Interstate Communications with a Threat to Injure)**

The United States Attorney charges:

1. On or about August 29, 2022, JOSHUA HALL, the defendant, while on pretrial release pending sentencing in a federal criminal case, placed a series of telephone calls from in or around Yonkers, New York, to the California office of a member of the United States Congress (the "Congressman"). During those telephone calls, HALL conveyed threats to kill the Congressman to at least three different members of the Congressman's staff ("Staff Member-1," "Staff Member-2," and "Staff Member-3").

2. On a telephone call with Staff Member-1 and Staff Member-2 on or about August 29, 2022, JOSHUA HALL, the defendant, stated, in substance and in part, that he had a lot of AR-15s; that he wanted to shoot the Congressman; that he

intended to come to the Congressman's office with firearms; and that if he saw the Congressman, he would kill him. He further stated, in substance and in part, that he wanted to "beat the shit out of [the Congressman]"; that he would find the Congressman wherever he was and hurt him; and inquired whether he should come to the Congressman's office.

3. On a telephone call with Staff Member-3 on or about August 29, 2022, JOSHUA HALL, the defendant, stated, in substance and in part, that he intended to come to the Congressman's office to kill the Congressman with firearms.

## Statutory Allegations

4. On or about August 29, 2022, in the Southern District of New York and elsewhere, JOSHUA HALL, the defendant, transmitted in interstate and foreign commerce a communication containing a threat to kidnap a person and a threat to injure the person of another.

(Title 18, United States Code, Section 875(c).)

## FORFEITURE ALLEGATION

5. As a result of committing the offense alleged in Count One of this Superseding Information, JOSHUA HALL, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable

2

to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### Substitute Asset Provision

6. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property

of the defendant up to the value of the above forfeitable property.

>(Title 18, United States Code, Section 981;
>Title 21, United States Code, Section 853; and
>Title 28, United States Code, Section 2461.)

*Damian Williams*/RD
DAMIAN WILLIAMS
United States Attorney

4

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

JOSHUA HALL,

Defendant.

---

SUPERSEDING INFORMATION

S1 21 Cr. 605 (GHW)

(18 U.S.C. § 875(c).)

                         DAMIAN WILLIAMS
                     United States Attorney.