21 CRIM 605

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA    :                    21 Cr. ____

        v.                          :

JOSHUA HALL,                :

        Defendant.          :

------------------------------X

        The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1343, 1349, 1028A, and 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

*[signature]*
Joshua Hall
Defendant

*[signature]*
Witness

*[signature]*
Clay H. Kaminsky, Esq.
Counsel for Defendant

Date: New York, New York
     Oct. 5, 2021