UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA      :        S1 21 Cr. 605 (GHW)

          v.                        :

JOSHUA HALL,                 :

        Defendant.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        The above-named defendant, who is accused of violating Title 18, United States Code, Section 875(c), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                        _____
                                                        Joshua Hall
                                                        Defendant

                                                        _____
                                                        Witness

                                                        _____
                                                        Clay H. Kaminsky, Esq.
                                                        Counsel for Defendant

Date:   New York, New York
          October 28, 2022