Joshua Hall                                             4                                              7564493 - PR
Docket Number: 21-CR-605(GHW)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  5/4/2023 |

*JUDICIAL RESPONSE*

THE COURT ORDERS:

[X]   Transfer of Jurisdiction to the Middle District of Pennsylvania: APPROVED

[ ]   Transfer of Jurisdiction to the Middle District of Pennsylvania: DENIED

[ ]   Other

_____
_____
_____
_____

_____
Honorable Gregory H. Woods

May 4, 2023
_____
Date

| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* S1 1:21-CR-00605-GHW-1 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Joshua Hall | DISTRICT SOUTHERN DISTRICT OF NEW YORK | | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE Gregory H. Woods | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/28/2023 | TO 12/27/2026 |

OFFENSE

Ct. 1: Wire Fraud, in violation of 18 USC 1343, 1349, and 2, a Class C Felony; Ct. 1 on S1-21-CR-605: Making Interstate Communications With a Threat to Injure, in violation of 18 USC 875(c), a Class D Felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of PA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_May 4, 2023_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Effective Date

_____
United States District Judge