# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 1:23CR00114 |
| | (Judge Conner) |
| v. | |
| Joshua Hall, | |
| Defendant. | |

## ORDER

**AND NOW**, this 16th day of January 2023, **IT IS HEREBY ORDERED** that the following Additional Condition is now added to the Judgment imposed on December 21, 2022, as follows:

9. You must not use or possess alcohol.

BY THE COURT:

/s/ Christopher C. Conner
Christopher C. Conner
United States District Judge

January 16, 2024
Date