Prob.12c-MDPA (10/2020)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
PROBATION OFFICE

Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Joshua Hall  **Docket Number:** 1:23CR000114

**Name of Sentencing Judicial Officer:** Gregory H. Woods *
United States District Judge (SD/NY)

**Date of Original Sentence:** December 21, 2022

**Original Offense(s):** Count 1: 18 U.S.C. § 1343,   Wire Fraud, a Class C felony

Count 1S: 18 U.S.C. § 875(c),  Making Threatening Communications with a Threat to Injure, a Class C felony

**Original Sentence:** 20 months in prison (each count, concurrent)
36 months supervised release (each count, concurrent)
$200 special assessment ($175 balance)
$5,770.33 restitution ($5,770.33 balance)
On May 3, 2023, the Court modified the conditions to include a computer monitoring condition.
On January 16, 2024, the Court modified the conditions to include an alcohol prohibition.

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** October 6, 2023   **Expected End Date:** October 5, 2023

**Maximum Sentence Upon Revocation:** 2 years imprisonment (on each count), 3 years supervised release (on each count)

*On May 11, 2023, Your Honor accepted jurisdiction of this case.

## PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Joshua Hall
Petition for Warrant or Summons
Page 2

Prob.12c-MDPA (10/2020)

| **Violation Number:** | **Nature of Noncompliance:** |
|---|---|
| **General Condition** | **The defendant shall not commit another federal, state or local crime.** |
| **Additional Condition #8** | **You shall permit the U.S. Probation Office to install any application or software that allows it to survey and/or monitor all activity on any computer(s), automated service(s), or connected devices that you will use during the term of supervision and that can access the internet (collectively, the "Devices"), and the U.S. Probation Office is authorized to install such application or software. Tampering with or circumventing the U.S. Probation Offices' monitoring capabilities is prohibited. To ensure compliance with the computer monitoring condition, you must allow the probation officer to conduct initial and periodic unannounced examinations of any device(s) that are subject to monitoring. You must notify any other people who use the devices(s) that is subject to examination pursuant to this condition. You must provide the U.S. Probation Office advance notification of planned use of any device(s), and will not use any device(s) without approval until compatibility (i.e., software, operating system, email, web-browser) is determined and installation is completed. Applications for your device(s) shall be approved by the U.S. Probation Office once the Probation Office ensures compatibility with the surveillance/monitoring application or software. Websites, chatrooms, messaging, and social networking sites shall be accessed via the device(s) web browser unless otherwise authorized. You will not create or access any internet service provider account or other online service using someone else's account, name, designation or alias. You will not utilize any peer-to-peer and/or file sharing applications without the prior approval of your probation officer. The use of any device(s) in the course of employment will be subject to monitoring or restriction as permitted by the employer. While on an approved device which is monitored by the U.S. Probation Office, your use of the internet is limited to legitimate and necessary reasons such as employment, education, online shopping and websites conveying essential information such as news, traffic, and weather or websites approved in advance by the probation officer.**<br><br>On July 18, 2024, the probation officer was contacted by a special agent with the United States Capitol Police (Capitol Police) regarding a |

Joshua Hall
Petition for Warrant or Summons
Page 3

Prob.12c-MDPA (10/2020)

Twitter video that had been posted by Joshua Hall on January 9, 2024. The agent reported that in the video, Mr. Hall announces his candidacy for Congress, and references Congressional Representative Eric Swalwell. Representative Swalwell was the victim of the online threats made by Mr. Hall that resulted in his instant offense. Based on this, Capitol Police have opened an investigation into the video and are conducting a threat assessment. The probation officer viewed the video, and it does not appear that he makes any direct threats towards Representative Swalwell. However, Mr. Hall does reference Representative Swalwell, and the post includes text that reads "OFFICIAL ANNOUNCEMENT: I did 20 months in prison for a drunken rant to Eric Swalwell. I have filed with the FEC to run for Congress and become his "homie" in the House of Representatives. In prison they called me "Bundy" and as your Congressman I will do one killer job, PA!"

On January 8, 2024, Mr. Hall executed a Computer Monitoring/Filtering Participant Agreement. This document requires the participant to report all online accounts and provide usernames and passwords to those accounts. Mr. Hall reported several social media accounts and email accounts but failed to provide information regarding a Twitter account. This document also requires the defendant's signature and contains a warning that any false statements that are provided may result in revocation of supervision and/or up to five years imprisonment and a $250,000 fine, pursuant to 18 U.S.C. § 1001. Mr. Hall executed this document with his signature on January 8, 2024.

Upon further inquiry, the probation officer discovered that on January 3, 2024, Mr. Hall submitted a Statement of Candidacy with the Federal Elections Commission which indicates his intent to run for the Republican nomination for the 11th Congressional District. On this form, Mr. Hall provided his address and the address of his campaign as 15 Mount Joy Street, Mount Joy, Pennsylvania. This is the address for Blueprints for Addiction Recovery, which is a substance abuse treatment facility located in Lancaster County. Mr. Hall is currently enrolled in a long- term recovery program at Blueprints for Addiction Recovery. It is noted that Mr. Hall merely receives daily therapy at this address, but does not physically reside there. The program provides Mr. Hall with housing at a separate location.

Joshua Hall
Petition for Warrant or Summons
Page 4

Prob.12c-MDPA (10/2020)

| | |
|---|---|
| **Special Condition #2** | **The defendant shall participate in an inpatient treatment program approved by the United Stated Probation Office, which program may include testing to determine whether he has reverted to using drugs or alcohol. The defendant shall continue to take any prescribed medication unless otherwise instructed by the health care provider. The defendant shall contribute to the cost of the services rendered based on his ability to pay and availability of third-party payments. The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation report, to the substance abuse treatment provider.** |
| | On October 10, 2023, Joshua Hall was accepted as a patient for detoxification at Roxbury Treatment Center in Shippensburg. He agreed to report there by the end of the day. However, on October 11, 2023, the probation officer was informed by staff at Roxbury that when Mr. Hall arrived at the facility, he fled the area. He agreed to return and was admitted on October 11, 2023. Mr. Hall's care was transferred to Blueprints for Addiction Recovery in Mount Joy, Pennsylvania, on November 27, 2023. This program is a long-term residential recovery program. On January 6, 2024, the probation officer was notified that Mr. Hall left the program against medical advice. The probation officer met with Mr. Hall on January 8, and he agreed to return to the facility. On January 11, 2024, he was readmitted to Blueprints for Addiction Recovery. On January 22, 2024, the probation officer was notified that he again left the facility against medical advice on January 21, 2024. |

**United States Probation Officer Recommendation:**

☒ The term of supervision should be
    ☒ Revoked
    ☐ extended for ___ months, for a total term of ___ months.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:

/S/ David C. Herzog, January 22, 2024
Senior United States Probation Officer

Joshua Hall
Petition for Warrant or Summons
Page 5

Prob.12c-MDPA (10/2020)

**THE COURT ORDERS:**

☐ No action
☒ The issuance of a Warrant and that the Warrant and this Petition and Order be sealed until the Warrant can be lodged as a detainer.
☐ The issuance of a Warrant and that the Warrant and this Petition and Order be sealed until the defendant's arrest.
☐ The issuance of a summons
☐ Other

  /s Christopher C. Conner
Christopher C. Conner
United States District Judge


   January 22, 2024
Date