IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:23-cr-00114 |
| | : | |
| v. | : | (Judge Conner) |
| | : | (Electronically Filed) |
| JOSHUA HALL | : | |

## MOTION TO UNSEAL DOCUMENT

And now, comes the defendant, Joshua Hall, by his attorney Frederick W. Ulrich, Esquire, of the Federal Public Defender's Office, and files this Motion to Unseal Document, averring as follows:

1. Joshua Hall appealed from this Court's judgment revoking his supervised release.

2. Mr. Hall's opening brief and appendix are due to be filed May 29, 2024, in the United States Court of Appeals at No. 24-1303.

3. The appendix contains the petition for warrant or summons for offender under supervision, which was filed under seal.

4. Because this document was filed under seal in this Court, within counsel would, in the normal course, be obligated to file a motion requesting that it also be filed under seal in the Court of Appeals. *See* 3d Cir. L.A.R. Misc. 106.1(c)(1).

5. The Court of Appeals, however, has required counsel in other cases to explain the necessity for sealing, the scope of the sealing request, and the duration of such request. *See, e.g., United States v. Hill-Gamble*, No. 16-1155 at Doc. 003112249219 (3d Cir. 2017); *accord* 3d Cir. L.A.R. Misc. 106.1(a).

6.      As the petition for the warrant in the present matter does not contain any personal information and appears to have been filed under seal by the Probation Office as part of a standard procedure for arrest warrants, within counsel believes that there no longer exists a reason for the document to remain under seal.

7.      Although the present matter is on appeal, this Court retains authority to act on matters "in aid of the appeal." *See generally* Charles Alan Wright, *et al.*, FEDERAL PRACTICE & PROCEDURE § 3949.1 & n.40 (4th ed. 2015) (collecting cases); *Mitchell v. Henry*, 255 F. App'x 684, 686 (3d Cir. 2007) (non-precedential) (addressing a motion by counsel to withdraw after a notice of appeal was filed).

8.      Assistant United States Attorney Carlo D. Marchioli, Esquire, concurs in the within motion.

For the foregoing reasons, Joshua Hall respectfully requests that this Honorable Court grant his motion to unseal document.

Respectfully submitted,

Date: May 21, 2024

*/s/ Frederick W. Ulrich*
FREDERICK W. ULRICH, ESQUIRE
Assistant Federal Public Defender
Attorney ID #44208
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
*fritz_ulrich@fd.org*
*Attorney for Appellant*

## CERTIFICATE OF SERVICE

I, Frederick W. Ulrich, Esquire, of the Federal Public Defender's Office, do hereby certify that I served a copy of the foregoing **MOTION TO UNSEAL DOCUMENT**, via Electronic Case Filing, and/or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, and/or by hand delivery, addressed to the following:

> CARLO D. MARCHIOLI, ESQUIRE
> United States Attorney's Office
> *carlo.d.marchioli@usdoj.gov*

Date: May 21, 2024

*/s/ Frederick W. Ulrich*
FREDERICK W. ULRICH, ESQUIRE
Assistant Federal Public Defender
Attorney ID #44208
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
*fritz_ulrich@fd.org*
*Attorney for Appellant*