IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:23-cr-00114 |
| | : | |
| v. | : | (Judge Conner) |
| | : | (Electronically Filed) |
| JOSHUA HALL | : | |

## CERTIFICATE OF CONCURRENCE

I, Frederick W. Ulrich, Esquire, of the Federal Public Defender's Office, do hereby certify that Assistant United States Attorney Carlo D. Marchioli, Esquire, concurs in the foregoing Motion to Unseal Document.

Date: May 21, 2024

/s/ Frederick W. Ulrich
FREDERICK W. ULRICH, ESQUIRE
Assistant Federal Public Defender
Attorney ID #44208
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
*fritz_ulrich@fd.org*
*Attorney for Appellant*