IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:23-cr-00114 |
| | : | |
| v. | : | (Judge Conner) |
| | : | (Electronically Filed) |
| JOSHUA HALL | : | |

## ORDER OF COURT

AND NOW, this 21st day of May, 2024, upon consideration of the within Motion to Unseal Document, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. The Petition for Warrant or Summons for Offender Under Supervision, filed January 22, 2024, is hereby unsealed.

BY THE COURT:

/s/ Christopher C. Conner
_____
CHRISTOPHER C. CONNER
Judge, United States District Court