# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:23-CR-00114 |
| | : | |
| v. | : | |
| | : | |
| JOSHUA HALL, | : | |
| | : | |
| Defendant | : | |

## ORDER

The defendant having appeared before the undersigned and having waived a preliminary hearing, (Rule 32.1 Federal Rules of Criminal Procedure), and a detention hearing,

**IT IS ORDERED** that a final revocation hearing will be scheduled by further order of the court. A separate order scheduling the final revocation hearing will be issued from the District Court.

The defendant shall be held in custody pending a final revocation hearing. The defendant's custody is **ORDERED** pursuant to 18 U.S.C. § 3143, Rule 32.1 and Rule 46.

*s/Susan E. Schwab*
**Susan E. Schwab**
**United States Magistrate Judge**

Dated: December 11, 2024