AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) |
| Joshua Hall | ) Case No. 1:23-CR-114 |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Joshua Hall,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

See Attached Petition

REC'D USMS M/PA HBG
24 DEC 9 13:53

Date: 12/09/2024

City and state: Harrisburg, PA

FILED
HARRISBURG, PA
DEC 23 2024
PER _____
DEPUTY CLERK

/s/ Maureen Walker
*Issuing officer's signature*

Maureen Walker, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 12/04/2024, and the person was arrested on *(date)* 12/11/2024
at *(city and state)* York, PA

Date: 12/11/2024

_____
*Arresting officer's signature*

Alexander Dusn
*Printed name and title*