UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-1303
_____

UNITED STATES OF AMERICA

v.

JOSHUA HALL,
                Appellant

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(District Court No. 1:23-cr-00114-001)
District Judge: Honorable Christopher C. Conner

_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
on December 9, 2024

_____

Before:  BIBAS, CHUNG, and ROTH, <u>Circuit Judges</u>

_____

JUDGMENT
_____

    This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted on December 9, 2024 pursuant to Third Circuit L.A.R. 34.1(a).

    On consideration whereof, it is now hereby ADJUDGED and ORDERED that the judgment of the District Court entered February 5, 2024, is hereby AFFIRMED.  Costs shall not be taxed in this matter.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATE: January 17, 2025

Certified as a true copy and issued in lieu of a formal mandate on February 10, 2025

**Teste:** *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**