OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

February 10, 2025

Mr. Peter J. Welsh
United States District Court for the Middle District of Pennsylvania
Sylvia H. Rambo United States Courthouse
1501 N 6th Street
Harrisburg, PA 17102

RE: USA v. Joshua Hall
Case Number: 24-1303
District Court Case Number: 1:23-cr-00114-001

Dear District Court Clerk,

Enclosed herewith is the certified judgment together with copy of the opinion in the above-captioned case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment shows costs taxed, if any.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: *Timothy McIntyre*

Timothy McIntyre, Case Manager
267-299-4953

cc: Carlo D. Marchioli, Esq.
  Frederick W. Ulrich, Esq.