IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**NOTICE**

United States of America                    CASE NUMBER: 1:23-CV-114-01

vs.

Joshua Hall

TYPE OF CASE: Criminal

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

Place: Sylvia H. Rambo          **\*Date and Time: April 2, 2025 at 1:30 PM**
       U.S. Courthouse
       Courtroom #7A
       1501 North 6th Street
       Harrisburg, PA. 17102

Type of Proceeding: Supervised Release Revocation Hearing

Date: February 27, 2025                    /s/ Mark J. Armbruster
                                                Deputy Clerk

CC:   Judge Keli M. Neary
      Ari Weitzman, Esq.
      Scott Ford, AUSA
      U.S. Marshal
      Federal Probation
      Wendy Yinger, Court Reporter

**\*The AUSA is requested to file any necessary writ as soon as possible to allow the USM sufficient time to arrange transport/temporary housing of the defendant.**