April 16th, 2025

Case 1:23-cr-00114-KMN   Document 35   Filed 04/22/25   Page 1 of 5

FILED
HARRISBURG, PA
APR 22 2025
PER _____ DEPUTY CLERK

(1/4)
35
turn over

Dear Judge Neary,

I hope all is well. It's Joshua Hall - My criminal case number is 1:23-CR-00114-KMN. I am writing to you in regards to one of the conditions of my supervised release about the computer monitoring software and Internet use. I first want to thank you for taking everything into account and the compassion and grace you showed me at my revocation hearing. My family and I are very grateful for it and we need more judges like you on the federal judiciary. I really want to do well on my year of supervised release and get back on my feet. Like I said at the hearing, these 2½ years I have now spent in prison have really affected me and it's going to take some time to recover from it. I know that with everything going on in the country right now why the courts are taking even words that people say seriously and if I could take mine back, I would in a heartbeat because I am not at all that kind of person. I am really thankful that the court considered everything and is giving me a chance and not just locking me up indefinitely. Like my nana tells me, they may know who I am at heart and that I'm not a danger but other people only know me based on my words but I really meant it when I said that I am afraid of the thought of even thinking of saying something that could ever land me back in a situation like this. I am not at all opposed to the court or the probation office monitoring my activity because I have nothing to hide and am a very open person. Although the condition about the monitoring and limited internet use was not added by my original sentencing court in the southern district of New York and was later pushed for by the probation office here and I didn't know at the time that I had a right to object to it, I have just kind of accepted it. I do believe

there are legitimate 1st and 4th Amendment issues involved like in United States v. Holena but I appealed it and the 3rd Circuit rejected my argument so I accept that. I just want to get clarification on the internet use because I have been politically active since I was a teenager and politics is my number one passion in life and I do intend to pursue it in a healthy way. It's hard to just give up something that you love and I was a part of both The Young Republicans and did social media help for the Mango For Governor campaign back in 2018 in the primary. I also filed to run for Congress myself at the beginning of last year (2024). It was an impulsive decision and probably not the best one while on federal supervised release but I pursued it with good intentions. So I would like to be able to stay politically active and speak out in favor of my views and the causes I believe in. Although I disagree with it, I am not contesting the monitoring condition. I just want to clarify before I officially start the year of supervised release exactly what I am allowed to do on the internet because some of what was being verbally enforced and ordered by the probation office in the past is not written in the condition (Special condition #9) itself. It says my use of the internet is limited to "legitimate and necessary reasons" such as employment, education, online shopping, and websites conveying essential information such as news, traffic and weather or other websites approved in advance by the probation officer. So what I'm not understanding is the probation office verbally does not want me to use social media. But as written, the condition says that I can use websites that convey essential information such as news—which social media sites do. And then on the computer monitoring agreement form it asks me to list all

social media accounts that I have. I have a twitter (X) account @JoshHall2024 with 45,000 followers that I have always used to post political content and advocate for the causes I believe in. I also have more personal social media accounts like my instagram account that I have always used to keep in contact with my friends (and Snapchat). So I don't understand why the monitoring agreement is set up as if I'm supposed to just be monitored on the accounts and the probation office has said verbally before that he is fine with me staying in contact with friends but is more worried about the political stuff. But then that becomes a First Amendment issue. And I have been told that I can't watch legal pornography but have not been convicted of a sex offense and don't have an issue with that as an addiction. I understand that a lot of the people who get these monitoring conditions and internet limitations are sex offenders, but I am not one. And I remember the PO saying before that he was concerned when he saw in the history that I was watching Steve Bannon's podcast but he is a political pundit and activist and I feel as if that's a First Amendment issue. I would also like to point out to Your Honor that this condition was not on me when I was on pre-trial release/supervision for the charge back in 2021 and the threat count did not involve the use of X or any social media. And I did not indirectly threaten the Congressman or anyone when I posted the tweet announcing my run for Congress. I used a commonly used figure of speech and synonym that is another way of saying "I would do a great job". I understand the court's concern... I really do and I know that you did not originally place these conditions on me and are new to my case. But I am asking for the court's clarification on what exactly the intention is

Please write me back at your earliest convenience. (Send to: Joshua Hall, ID #104525, Dauphin County Prison, 501 Mall Road, Harrisburg, PA 17111-1299) Thank you.

with the conditions, what I'm allowed to do and if I'm still allowed to have a platform and peacefully, Constitutionally express and advocate for my political views/pursue my passion for politics. You seem very open and transparent which is why I decided to write to you for clarity on this. My full priority is my sobriety, mental health and family and I do not fully want to give up my great passion in life either... It brings me joy and happiness and can actually be good for me if channeled in the right way while not under the influence of alcohol. I will fully respect and abide by whatever clarity or permissions Your Honor gives and allows on this... I am okay with and will fully comply with the probation office monitoring all of my activity on the internet including certain social media sites if I'm allowed on them. I understand that I broke the law and I am passionate about Constitutional rights, civil liberties and maximum freedoms for the people to express their political views in an open forum. I am passionate about our country and democracy and am genuinely saddened about the rise in political violence and want to speak out against it. I just wanted to get clarity on this issue before I actually start my term of supervised release and will consent to partake in a hearing on it if Your Honor deems it to be appropriate. Thank you again on behalf of my family and I for being an awesome judge and giving me a chance to get better and be successful. It actually really gave me a lot of hope and much more faith in the judiciary... Sometimes people don't realize how far empathy and kindness can go. Thank you for seeing me for who I am and not just the poor choices that I made... I will always respect any decision you may make on this or anything else in my case. Take care and God Bless you, Judge Neary.

Very Sincerely Yours, Joshua Hall *Joshua A. Hall*

NAME: Joshua Hall
D.C.P.# 104525
DAUPHIN COUNTY PRISON
501 MALL ROAD
HARRISBURG PA 17111-1299

RECEIVED
HARRISBURG, PA
APR 22 2025
PER ___ DEP. CLERK

To: The Honorable Keli M. Neary
Sylvia H. Rambo U.S. Courthouse
1501 North 6th Street
Harrisburg, PA 17102


HARRISBURG PA 171
17 APR 2025 PM 3 L