IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:23-cr-00114** |
| : | |
| v. : | |
| : | **(Judge Neary)** |
| **JOSHUA HALL,** : | |
| : | |
| : | **(Magistrate Judge Schwab)** |
| **Defendant** : | |

Type of Case:    ( ) Civil    (**x**) Criminal

(**xx**) TAKE NOTICE that the proceeding in this case has been **SCHEDULED** for the place, date and time set forth below:

Sylvia H. Rambo U. S. Courthouse  
1501 North 6th Street  
Harrisburg, PA 17102

COURTROOM No. **6B**  
6th Floor  
**Date: July 29, 2025**  
Time: 1:00 p.m.

TYPE OF PROCEEDING: **Initial Appearance/Arraignment - Revocation**

Peter J. Welsh, Clerk of Court  
s/ *Amanda L. Endy*  
Amanda L. Endy, Deputy Clerk

DATED: July 29, 2025

To:   U.S. Attorney's Office – Scott Ford, AUSA  
      Federal Public Defender's Office  
      U.S. Marshal  
      Pretrial / Probation