## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:23-CR-00114 |
| | : | |
| v. | : | |
| | : | |
| JOSHUA HALL, | : | |
| | : | |
| Defendant | : | |

### ORDER

**AND NOW, this 29th day of July 2025,** pursuant to the Due Process Protections Act**, IT IS HEREBY ORDERED THAT**:

1.  The Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so.

2.  Under *Brady*, the prosecutor must produce material evidence in its possession, custody, or control favorable to the accused, which includes both exculpatory evidence and information which may impeach government witnesses when that evidence is material either to guilt or punishment.

3.  Failing to produce the material evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.


*s/Susan E. Schwab*
**Susan E. Schwab**
**United States Magistrate Judge**