AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

United States of America
v.
Joshua Hall

Case No. 1:23-CR-114

*Defendant*

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Joshua Hall,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

See Attached Petition

REC'D USMS M/PA HBG
'25 JUL 28 15:33

FILED
HARRISBURG, PA
AUG 27 2025
PER
DEPUTY CLERK

Date: 07/28/2025

City and state: Harrisburg, PA

/s/ Maureen Walker
*Issuing officer's signature*

Maureen Walker, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 07/28/2025, and the person was arrested on *(date)* 07/28/2025
at *(city and state)* Harrisburg, PA.

Date: 07/29/2025

*Arresting officer's signature*

S. Alexander, DUSM
*Printed name and title*