Dear Judge Neary,

I am writing you this letter in regards to my supervised release revocation hearing on October 7th with a plea for leniency and mercy. I hope that you are doing well and I am sorry to be appearing in front of you again. I am thankful for the grace in which you showed me last time I was in front of you and just wanted to say it meant a lot to my family and I because you saw me as a person and were more than fair to me. I feel horrible about relapsing after I did so well at Pyramid. I also feel awful about getting into an argument with the installation technician and Officer Herzog. I was raised to always take responsibility when you are wrong and I definitely was the guilty party in this situation. I hope that the court and the probation office will accept my apology and I just want you to know that although I did speak to an individual from the Trump administration about clemency, I did not nor would I ask for Officer Herzog's termination from his job and obviously that is not my place and was improper and disrespectful for me to state to the probation office. Although in the moment I was highly intoxicated and upset with how something was being handled, it is not an excuse to be rude and treat people without respect. This was out of character for me, has weighed on me for the last few months because I am a softer, highly sensitive type of guy and I beat myself up a lot, probably sometimes to an unhealthy

degree because I'm sure we all have regretted the way we have spoken to someone at some point. This is a part of the reason that I hate the person I become when I drink and have reached the point of being disgusted with alcohol for all of the damage I have let it cause in my life. But Officer Herzog is a good, decent person and although we haven't always seen eye to eye much of which is fault of my own, I genuinely like and have respect for as a human being. Based on some of the more lighthearted conversations we have had like the last time I saw him in person, if I had met him or worked with him under a different circumstance there is a good chance we would be friends. I have prayed a lot on this and I genuinely want Dave to know that I am truly sorry for the manner in which I spoke to him and I hope that he and the entire probation office will accept my apology for this as well as making their job needlessly harder. I hope that they as well as Your Honor knows that I have a good heart and really do love all people and I want to spread kindness to the people in my life. And I am not a criminal who intended to defy or disrespect the court in any way. As I have expressed in my previous communications to you, I have nothing but tremendous respect for the court and I am certain that but for my mental health and severe struggle with alcoholism, I would have been successful on complying with and completing supervised release. That isn't to say that

my mental health issues and alcoholism are an excuse for my actions but they are an overwhelming factor and reason. What I mean is that my actions have never been with malice or the intention of defiance or disrespect because I'm just not made up that way. I firmly believe that the trauma of prison has had a severe impact on me that has made my mental health deteriorate. At times, I have felt that people that have actually been trying to help me are out to get me (particularly while intoxicated). I believe that this is what led to the argument with Officer Herzog. The thing that has really taken the heaviest toll with incarceration is the severe isolation and lack of mental health care or at times just someone to talk to. I am asking you to please take in to account the extreme conditions of my incarceration as it relates to Dauphin County Prison. I was kept off of my mental health medications for the first 2 weeks that I was here because the jail said that they couldn't verify them. When I was put back on them, it took almost a month to be tapered back up to my normal dose. It was absolute hell - There's no other way of describing it. I am also locked in my cell 22 out of every 24 hours in a day as are all inmates in the general population here. We are treated no different than inmates in "the hole" for disciplinary reasons. I've never had a write-up in jail or prison so to be subjected to this is definitely extreme and harsh conditions. I would describe it as inhumane

I know that my own actions are what landed me in jail and these conditions are out of the court's control. I am just asking for the harsh conditions to be taken in to account because not everyone in here is a bad person and I believe that even while being punished people should still be treated humanely. I also am asking Your Honor to take into account that I have spent nearly 3 years in jail or prison combined and the amount and degree to which I have paid for my actions and suffered. I have undoubtedly made it worse on myself. I have become very cognizant of the seriousness of my crimes, particularly with everything that has been happening in The United States with respect to political violence. I once met Charlie Kirk at a rally so his tragic death really opened my eyes. I know why the courts and law enforcement are taking even the words that people say seriously. I want to stress to you Judge Neary, that I am not and never was a threat to anyone. If I could take my words back that I used in that phone call to Congressman Swalwell's office today, I would in a heartbeat. I would never hurt anyone and what I said goes against my own good nature and was so out of character for me. I recently reached out to The Democratic Party of Pennsylvania and Senator Fetterman to ask how I and my story can help to serve as an example to others who are going down the same path that I was that there are consequences for this behavior and it has no place in society no matter how strongly we may disagree

We owe each other basic decency and humanity and maybe with everything happening with respect to this disturbing recent trend, my story can serve a greater purpose in helping to combat the threats and political violence. I believe that everything happens for a reason and good can be made out of even the worst of situations and I may have strong political beliefs but all of this really has opened my eyes and put things into perspective. Some things are bigger than politics and I genuinely do want to help in any way that I can, even if it's just as simple as sharing my story and speaking out against political threats, violence and intimidation of any kind. I have been trying to use my time to be productive and make a positive difference because there is a lot of negativity in this environment and being in a bad situation is no excuse to be a bad person, even though I know I messed up. I am also asking you to please take into account the amount that my family has suffered through my actions. I have missed years with them and I know that we have all missed each other dearly. It hurts to think about because although we have our problems like all families do, we are a very tight-knit family and I am beyond blessed to have the continued support of my mother, father, grandparents and 5 siblings. I want to be able to have a relationship with my niece Aurora and nephew Atticus, who are 5 and 3. My grandmothers are also both getting older and struggling with health issues and I know that both of them just...............

want to see me doing well and I would like to hopefully get to be in their lives for many more years but I am concerned about their health, especially in the case of my paternal grandmother. I am sure that watching my downward spiral hasn't done their health any favors so I carry that guilt as well as the guilt of all of the missed time. Family is the most important thing in life and time is the one thing that you can't get back. I meet a lot of people in here without any family support so I am very grateful that mine have stuck by me. I have come to the realization that I have a lot of life left and I want to start living it again. I refuse to ever even entertain the thought of doing something that could ever land me back in a situation like this again and I refuse to let alcoholism kill me. For my family and even for myself, I will not allow that and I want to have a wife and children of my own someday. I told my grandmothers that I will take the vivitrol shot to help with alcohol cravings, which also makes you sick if you try to drink while on it. It is called medically assisted treatment and I have always been opposed to shots and vaccines but at this point I am willing to do whatever it takes to stay sober. I also am going to start attending church with my paternal grandmother again at Silver Spring Presbyterian, where I went to worship with her every Sunday as a teenager and gave my life to Christ when I was 16. That is the real me and is the me that I have desperately missed and want to get......

back to being. The Josh that everyone can be proud of and needs me to be for them. I truly believe that even in screwing up, there is growth and even though I know I let Your Honor and the court down, there has still been legitimate maturity and rehabilitation throughout this process and prison has been by far the hardest thing I've ever had to do. I have a completely new perspective on life and realize just how precious freedom truly is. This relapse and the events that went along with it are definitely a setback and I take full responsibility for it. I hope that the court will accept my apology and forgive me. And I also hope that the court and Your Honor, Judge Neary, know who I am at heart and that there has been real learning, growth and self-improvement throughout this long process, even amidst my failures and struggles. I wanted to write this letter to convey and emphasize that to Your Honor and to genuinely apologize to you and Officer Herzog. Taking accountability and trying to atone for my wrongs is helping me feel a little better about myself every day. I have felt down and out, defeated and without hope for so long. I am praying that you can overlook my mistakes and please allow me to keep on the path to redemption so that I can put this dark chapter of my life behind me and return home to my beloved family. I know that they haven't lost faith in me and I am asking you to please not lose faith in me either. We don't have to be defined by our mistakes and our worst days

and even if there are setbacks along the way, people can and do change, especially when their actions set them on the traumatic path that I have travelled. I thank Your Honor for your kindness and empathy you have shown to my family and I and in consideration of the aforementioned, I am hoping and praying for your continued grace and mercy when imposing this revocation sentence. I take full responsibility for my actions and I promise you that I will never give up in trying to get my life back and being the best person that I can be for my family, myself and all of the people around me. I am humbly and respectfully asking for Your Honor's leniency and that you may consider not sending me back to prison which would only lead to further pain and heartache for my family and I and the deterioration of my mental well-being. Please allow me to turn the page and end this years-long nightmare that I have put myself and those whom I love dearly through. Thank you for taking the time to read my letter Judge Neary and I will always have the utmost respect for you and hold you in the highest regard. Take care and God Bless you.

Very Sincerely, Joshua Hall  *Joshua A. Hall*

September 23rd, 2025 

(1/1)

Dear Clerk of Court,    Case No. 1:23-cr-00114-KMN

Attached please find a pro se letter from me to The Honorable Keli M. Neary, the judge overseeing my federal criminal case. It is related to my supervised release revocation proceedings on October 7th. Please file it and docket it on the docket for criminal case number 1:23-cr-00114-KMN here in The Middle District of Pennsylvania so that Judge Neary gets it. Please also send both my lawyer and I a confirmation of a receipt of my letter and that it has been forwarded to Judge Neary. Thank you for your attention to this matter and for your help and have a great day.

Sincerely, Joshua Hall *Joshua A. Hall*

**FILED**
HARRISBURG, PA

SEP 26 2025

PER ___JBZ___
DEPUTY CLERK

